IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-252-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MONTAVIOUS P. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

On April 2, 2018, Montavious P. Davis filed a motion for credit for jail time [D.E. 118]. The United States did not respond to the motion. The record does not reflect that Davis has exhausted his administrative remedies. Thus, the court DENIES without prejudice Davis's motion for jail credit [D.E. 118].

SO ORDERED. This 18 day of January 2019.

JAMES C. DEVER III
United States District Judge